Fill in this information to identify the case:

Debtor 1: Raymond M. Averitt
aka Ray M. Averitt

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: District of Connecticut (State)

Case number: 19-30244

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2007-11

**Court claim no.** (if known): 3-1

**Last four digits** of any number you use to identify the debtor's account: 9226

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: _____.

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | |
| 2. | Non-sufficient funds (NSF) fees | | (2) | |
| 3. | Attorney fees | | (3) | |
| 4. | Filing fees and court costs | | (4) | |
| 5. | Bankruptcy/Proof of claim fees | Proof of Claim  04/30/2019 | (5) | $150.00 |
| | | Plan Review Fee  04/06/2019 | (5) | $300.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | |
| 7. | Property inspection fees | | (7) | |
| 8. | Tax advances (non-escrow) | | (8) | |
| 9. | Insurance advances (non-escrow) | | (9) | |
| 10. | Property preservation. Specify: | | (10) | |
| 11. | Other. Specify: | | (11) | |
| 12. | Other. Specify: | | (12) | |
| 13. | Other. Specify: | | (13) | |
| 14. | Other. Specify: | | (14) | |
| 15. | Total post-petition fees, expenses, and charges. Add all of the amounts listed above. | | (15) | $450.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Raymond M. Averitt | Case Number (if known) | 19-30244 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

# Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐   I am the creditor.

☒   I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ **Mukta Suri**
Signature

Date   09/25/2019

Print   **Mukta Suri**
        First Name   Middle Name   Last Name

Title   Authorized Agent for NewRez LLC d/b/a Shellpoint Mortgage Servicing

Company   Bonial & Associates, P.C.

Address   14841 Dallas Parkway, Suite 425
          Number   Street

Dallas, Texas  75254
City   State   ZIP Code

Contact phone   (972) 643-6600      Email   POCInquiries@BonialPC.com

**CERTIFICATE OF SERVICE OF NOTICE OF POST PETITION MORTGAGE, FEES, EXPENSES AND CHARGES**

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before September 26, 2019 via electronic notice unless otherwise stated.

**Debtor**          *Via U.S. Mail*
Raymond M. Averitt
58 Stuyvesant Avenue
New Haven, CT 06512

**Debtors' Attorney**
Neil Crane
Law Offices Of Neil Crane LLC
2679 Whitney Avenue
Hamden, CT  06518

**Chapter 13 Trustee**
Roberta Napolitano
10 Columbus Boulevard
6th Floor
Hartford, CT 06106

Respectfully Submitted,

/s/ **Mukta Suri**